**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Dominick Antonio Thompson, Appellant.

Appellate Case No. 2019-001034

———

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

———

Unpublished Opinion No. 2022-UP-154
Submitted January 1, 2022 – Filed March 30, 2022

———

**APPEAL DISMISSED**

———

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, and Dominick Antonio Thompson, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

———

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., MCDONALD, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.